UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACOB NOCITA,

                Plaintiff,

    v.

ANDREA LEAL,

                Defendants.

Case No. C22-5741 BHS

ORDER GRANTING APPLICATIONS TO PROCEED *IN FORMA PAUPERIS*

Plaintiffs' applications to proceed *in forma pauperis* (Dkts. 4, 5) are GRANTED. Plaintiffs do not appear to have funds available to afford the $402.00 Court filing fee.

Dated this 25th day of January, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING APPLICATIONS TO PROCEED IN
FORMA PAUPERIS - 1